**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00691-LTB-MJW

LAURA BROOKS,

       Plaintiff,

v.

SAFEGUARD PROPERTIES, LLC, a Delaware limited liability company,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Unopposed Motion to Stay (Doc 14 - filed August 22, 2013) is **GRANTED**. This matter is stayed until further notice.  The parties are directed to file status reports every 30 days regarding this matter.

Dated:   August 23, 2013
_____