**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-00691-LTB-MJW

LAURA BROOKS,

       Plaintiff,

v.

SAFEGUARD PROPERTIES, LLC, a Delaware limited liability company,

       Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Plaintiff's Motion to Dismiss Without Prejudice (Doc 18 - filed October 10, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED: October 11, 2013